UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:

    COMEAUX, JESSE                                                            CASE NO. 88-50139
    COMEAUX, GLADYS CREDEUR
    Debtors.

## TRANSMITTAL OF UNCLAIMED FUNDS

    PAUL N. DEBAILLON, TRUSTEE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case (9/9/09). Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | |
|---|---:|
| Claim #1<br>South Central Bell Telephone<br>3115 Dee St #311<br>Shreveport, LA 71105 | $176.60 |
| Claim #3<br>Maison Blanche<br>PO Box 91103<br>Baton Rouge LA 70821 | 562.39 |
| Claim #4<br>The Allen Group Leasing Corp<br>37519 Schoolcraft Rd<br>Livonia MI 48150 | 7,143.75 |
| Claim #6<br>Lafayette Bureau of Credit Control<br>Sadies Flower Shop/Rayne Branch Hospital<br>PO Box 90461<br>Lafayette LA 70509 | 99.74 |
| Claim #11<br>South Central Bell Telephone<br>3115 Dee St #311<br>Shreveport, LA 71105 | $179.99 |

Claim #3I
Maison Blanche                                             573.19
PO Box 91103
Baton Rouge LA 70821

Claim #4I
The Allen Group Leasing Corp                             7,280.89
37519 Schoolcraft Rd
Livonia MI 48150

Claim #6I
Lafayette Bureau of Credit Control                         101.65
Sadies Flower Shop/Rayne Branch Hospital
PO Box 90461
Lafayette LA 70509

    2. Your Trustee's check for $16,118.20, payable to the Clerk of the Court, is attached to this report and list.

    3. Nothing further remains to be done in this case.

LAFAYETTE, Louisiana, December 17, 2009.

/s/ PAUL N. DEBAILLON, TRUSTEE
PAUL N. DEBAILLON, TRUSTEE, TRUSTEE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND



# JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

123
1-2 / 210

TID #380010

| Case | Debtor |
|---|---|
| 88-50139 RS | COMEAUX, JESSE |
| 312214268066 | COMEAUX, GLADYS CREDEUR |
| UNCLAIMED FUNDS | |

PAUL N. DEBAILLON, TRUSTEE
P.O. DRAWER 51387
LAFAYETTE LA 70505-1387

Date    12/18/2009        $ ******16,118.20

~~~Sixteen Thousand One Hundred Eighteen Dollars and 20/100

Pay to the Order of    CLERK, US BANKRUPTCY COURT
WESTERN DISTRICT

PAUL N. DEBAILLON, TRUSTEE

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW